HARRIET A. GOODE, Respondent, *v.* HELEN SHARTLE, Appellant.

*Husband and wife — torts — action by wife to recover for alienation of husband's affections.*

*Goode* v. *Shartle*, 195 App. Div. 923, affirmed.

(Argued March 13, 1922; decided April 18, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 28, 1921, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict. The action was to recover for the alleged alienation by defendant of the affections of the plaintiff's husband. The complaint alleged that defendant ingratiated herself into the affections and life of the plaintiff's husband and sought his society continuously and so wrongfully conducted herself in disregard of plaintiff's rights that plaintiff's husband lost the interest, love and affection he had theretofore had for plaintiff; that the said plaintiff's husband by reason of the defendant's acts and enticements separated from and abandoned the plaintiff and his family, and plaintiff's home thereby became broken up, and she thereby lost the affections of her husband and he no longer fulfilled his duties or obligations as a husband. The answer of the defendant denied the material allegations of the complaint and as further defense alleged that at the time the defendant met plaintiff's husband, plaintiff and her husband were not living together as man and wife and had been separated for some time and that when defendant met plaintiff's husband she did not know he was a married man nor learn of this fact until afterwards.

*La Fay C. Wilkie* for appellant.

*Wortley B. Paul* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.